No. 156. DONOVAN *v.* QUEENSBORO CORPORATION ET AL.; and

No. 49, Misc. DONOVAN *v.* QUEENSBORO CORPORATION ET AL. In No. 156 the petition for writ of certiorari to the United States Court of Appeals for the Second Circuit is denied. In No. 49, Misc., the motion for leave to file petition for writ of certiorari is denied. *Edward F. Clark* and *John A. Shorten* for petitioner. *Charles H. Tuttle* for respondents.

No. 226, Misc., October Term, 1947. TAURISANO *v.* NEW YORK, 332 U. S. 849. Motion for leave to withdraw the record denied.

No. 17, Misc. HARRIS *v.* NIERSTHEIMER, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied. Motion for leave to file petition for mandamus also denied.

No. 20, Misc. CRAIG *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied. Motion for leave to file petition for writ of habeas corpus also denied.

No. 22, Misc. EYER *v.* SWENSON, WARDEN. Court of Appeals of Maryland. Certiorari denied. Motion for leave to file petition for writ of habeas corpus also denied.